**CHC** | CORRECTIONAL™
HEALTHCARE COMPANIES

## Inmate Health Service Request

Name / Nombre: _____ Date of Birth / Fecha de Nacimieto: _____

Book-in #: _____ Housing Unit / Unidad: _____ Cell / Celda # _____

### Check only one box per slip

☐ Sick Call : Describe Problem / Especifique el Problema          ☐ Dental Treatment / Tratamiento Dental

☐ Mental Health / Tratamiento Mental

_____
_____
_____
_____
_____
_____
_____
_____
_____

Patient Signature / Firma:_____ Date / Fecha: _____ Time / Hora: _____ AM / P

### Health Care Staff Triage:

☐ Referral to Provider

    ☐ Urgent, Called Provider: Date _____ Time _____
    (See Detailed Disposition)

    ☐ Next Provider Sick Call

☐ Referral to Next Nurse Sick Call

☐ Referral to Dentist

☐ Referral to Mental Health

☐ Other: _____

☐ If no referral, why? _____

**Detailed Disposition or Comments:**

_____
_____
_____
_____
_____

Health Care Staff Signature & Title_____ Date Received: _____ Time: _____

CHC Companies include:   **CHM**   Correctional Healthcare Management™   **HP** HEALTH PROFESSIONALS LTD™

Form # 00010
Authority: J-E-07
Effective Date: 4/1/2009

**Property of CHC**