IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOE CASS CHAPMAN, : | |
| : | |
| Plaintiff. : | |
| : | |
| VS. : | |
| : | |
| Captain BATTLE, *et al.*, : | |
| : | NO. 7:11-CV-70 (HL) |
| Defendants. : | |
| : | **O R D E R** |

Plaintiff **JOE CASS CHAPMAN** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated December 2, 2011 (Doc. 17), this Court instructed Plaintiff to recast his complaint. The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed. To date, Plaintiff has failed to comply with the above instructions or otherwise respond to this Court's Order. Because of Plaintiff's failure to comply with the Court's instructions, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 9th day of January, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr